NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | | BK−25−11109−abl |
| PARNELL COLVIN III | | CHAPTER 7 |
| | Debtor(s) | |
| | | Appeal Reference Number:     25−16 |
| PARNELL COLVIN III | | |
| | Appellant(s) | NOTICE OF REFERRAL OF APPEAL TO |
| vs | | BANKRUPTCY APPELLATE PANEL |
| NONE SPECIFIED | | |
| | Appellee(s) | |

To:   All Parties in Appeal
      U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by PARNELL COLVIN III with the Clerk of the Bankruptcy Court on 6/2/25.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 6/3/25

*Daniel S. Owens*
Daniel S. Owens
Clerk of Court