NVB 8001–1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–25–11109–abl |
| PARNELL COLVIN III | CHAPTER 7 |
|          Debtor(s) | Appeal Reference Number:    25–16 |
| PARNELL COLVIN III | |
|          Appellant(s) | APPEAL MEMORANDUM |
| vs | |
| NONE SPECIFIED | |
|          Appellee(s) | |

To: All Parties in Appeal
From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

Dated: 6/3/25

*Daniel S. Owens*
Daniel S. Owens
Clerk of Court