NVB 8010–5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | | |
|---|---|---|---|
| IN RE: | | BK–25–11109–abl | |
| PARNELL COLVIN III | Debtor(s) | CHAPTER 7 | |
| | | Appeal Reference Number: | 25–16 |
| PARNELL COLVIN III | Appellant(s) | TRANSMITTAL FORM TO BANKRUPTCY APPELLATE PANEL | |
| vs | | OFFICE NUMBER 0978/2 | |
| NONE SPECIFIED | Appellee(s) | | |

To: Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | NONE |
| Bankruptcy Judge | AUGUST B. LANDIS |
| Date Notice of Appeal Filed | 6/2/25 |
| Date of Entry of Order Appealed | 5/6/25 |
| Date Bankruptcy Filed | 2/28/25 |
| Other | APPELLANT SUBMITTED A REQUEST TO WAIVE APPEAL FILING FEES; NO ORDER OF DISMISSAL HAS BEEN ENTERED AS OF THIS DATE |

Dated: 6/3/25

Daniel S. Owens
Clerk of Court