PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
(702) 447-0644
EMAIL:PC681@YAHOO.COM

Appellant: PARNELL COLVIN III
BAP NO: NV-25-01101
BK NO: 25-11109-ABL

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUN 24 2025

FILED _____
DOCKETED _____
DATE     INITIAL

## U.S BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

    Parnell Colvin, Appellant is requesting an extension to file his statement of issues on appeal, notice regarding the ordering of transcripts. Colvin is appealing the trustee motion for dismissal, creditor Laborers International Union Local 872 motion to dismiss and the courts order dismissing the case with 3 year bar to refiling and orders dismissing his bankruptcy case.

    Colvin has several motions pending before this court Colvin is requesting an extension of time to file all appropriate documents. Colvin has multiple cases in litigation as he is Pro Se in all of them. Colvin has appealed to the Ninth Circuit Court of Appeals Case No: 25-213 opening brief due July 1, 2025.

    Colvin also has cases pending in District Court of Nevada and has to file a response due by June 20, 2025 Case No: 2:21-cv-02109-RFB. Colvin also has a state case in District Court Clark County, Nevada Case No: A-24-906354-C.. Colvin has a pending case in the National Labor Relations Board Region 28 Case No: 28-CB-239339, 28-CB-291889 and 28-CB-292114. Colvin has a tax case in the state of Oregon Department of Revenue Agency also on appeal.

    Colvin is requesting at least a 40 day extension to comply with the court requests, Colvin request is made in good faith due to the many cases that are all proceeding at the same time. Colvin has every intentions to complete this appeal process and continue to appeal should he not become successful in having his bankruptcy case reinstated by this panel.

    Thanking the court for its consideration of Colvin request for extension.to file all required documents in this matter.

DATED THIS JUNE 16, 2025

_[signature]_
PARNELL COLVIN