PARNELL COLVIN  JUNE 22, 2025
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: PC681@YAHOO.COM
PH:(702) 447-0644

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUN 26 2025

FILED _____
DOCKETED _____
DATE    INITIAL

RE: ORDERS THAT ARE BEING APPEALED

*[signature]*
PARNELL COLVIN



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 03, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

PARNELL COLVIN III,

Debtor.

Case No.: 25-11109-abl

Chapter 7

Hearing Date: May 30, 2025
Hearing Time: 3:00 p.m.

**ORDER DISMISSING CASE WITH 3 YEAR BAR TO REFILING**

On May 30, 2025, the Court issued its oral ruling after consideration of the contested Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 521(a), 707(b), 105(a) and 349(a) with Sanctions; Trustee's Motion to Reconsider Waiver of Filing Fee; Trustee's Motion to Reconsider Order on Debtor's Certification of Exigent Circumstances; Trustee's Motion to Reconsider Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1) ("Motion").[1] The Motion was filed by Chapter 7 Trustee Lenard E. Schwartzer ("Trustee"). The Motion was opposed by Parnell Colvin III ("Debtor).[2]

At the May 30, 2025 oral ruling, attorney Justin C. Valencia appeared telephonically on behalf of the Office of the United States Trustee. Attorney Sean W. McDonald appeared

---

[1] ECF No. 20. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

[2] ECF No. 45.

telephonically on behalf of creditor Laborers' International Union of North America, Local 872. Attorney Diana S. Cline appeared telephonically on behalf of creditors Saticoy Bay LLC and Page Ranch Court Trust. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 30, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. **IT IS ORDERED** that the Motion is **GRANTED,** and Debtor's bankruptcy case is **DISMISSED** under 11 U.S.C. §§ 707(b)(1) and (3).

2. **IT IS FURTHER ORDERED** that under 11 U.S.C. § 349(a), and for cause as stated on the record during the Court's May 30, 2025 oral ruling, dismissal of Debtor's bankruptcy case is **WITH PREJUDICE to Debtor's filing any petition for bankruptcy relief for a period of three (3) years from the docketing date of this Order.**

3. **IT IS FURTHER ORDERED** that all other and additional relief requested in the Motion is **DENIED AS MOOT.**

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

PARNELL COLVIN III
7414 PAGE RANCH CT
LAS VEGAS, NV 89131

###

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
June 03, 2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
## * * * * * *

| | |
|---|---|
| In re: | Case No.: 25-11109-abl |
| PARNELL COLVIN III, | Chapter 7 |
| Debtor. | Hearing Date: May 30, 2025 |
| | Hearing Time: 1:30 p.m. |

**ORDER DISMISSING CASE WITH 3 YEAR BAR TO REFILING**

On May 30, 2025, the Court issued its oral ruling after consideration of a Motion to Dismiss Bankruptcy Case with Prejudice and for Injunction Against Future Filing ("Dismissal Motion").[1] The Dismissal Motion was filed by Laborers' International Union of North America, Local 872 ("Creditor").

At the May 30, 2025 oral ruling, attorney Sean W. McDonald appeared telephonically on behalf of Creditor. Attorney Diana S. Cline appeared telephonically on behalf of creditors Saticoy Bay LLC and Page Ranch Court Trust. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 30, 2025, those findings of fact and conclusions of law are incorporated

---

[1] ECF No. 23. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Dismissal Motion is **GRANTED** and Debtor's bankruptcy case is **DISMISSED** for cause under 11 U.S.C. § 707(a)(1).

**IT IS FURTHER ORDERED** that under 11 U.S.C. § 349(a), and for cause as stated on the record during the Court's May 30, 2025 oral ruling, dismissal of Debtor's bankruptcy case is **WITH PREJUDICE to Debtor's filing any petition for bankruptcy relief for a period of three (3) years from the docketing date of this Order**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

PARNELL COLVIN III
7414 PAGE RANCH CT
LAS VEGAS, NV 89131

### #