OFFICE OF THE CLERK
U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 SOUTH GRAND AVENUE
PASADENA, CALIFORNIA 91105

CORPORATE PARENT DISCLOSURE STATEMENT
To be filled out by all corporate parties who are not governmental entities

<u>NOTICE TO PARTIES</u>: THE BANKRUPTCY APPELLATE PANEL (BAP) APPLIES FEDERAL RULE OF APPELLATE PROCEDURE 26.1. ACCORDINGLY, IF YOU ARE A CORPORATION, YOU MUST COMPLETE THIS STATEMENT AND RETURN IT TO THE BAP AT THE ABOVE ADDRESS.

PRINT OR TYPE LEGIBLY

BAP Appeal No. _____     Bankruptcy No. _____
                                   Adversary No.

Debtor's Name: _____

This Corporate Parent Disclosure Statement is made by the following corporate party:

_____

The above-named corporate party hereby identifies the following entity or entities as its parent corporation(s) and/or the following publicly-held corporations as owning 10% or more of the corporate party's stock [attach additional pages if necessary]:

_____

_____

_____


_____
Signature of attorney for corporate party


_____
Printed name of attorney for corporate party


_____
Name of law firm, if any

Rev. 6/08